FILED

10/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA-20-0323

_____

IN THE MATTER OF

J.E.S. and K.N.S.

Youths in need of Care.

_____

**ORDER GRANTING MOTION FOR
FIRST EXTENSION OF TIME**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until November 30, 2020 to prepare, serve, and file his Opening Brief. No additional extensions will be granted for the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2020